# PD-1611-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 0 8 2015

Abel Acosta, Clerk

To THe,

Clerk of the Court of Criminal Appeals:

On the decision from the Court of Criminal Appeals regarding my appeal,

FILED IN
COURT OF CRIMINAL APPEALS

DEC 11 2015

Abel Acosta, Clerk

Xavier Salinas V. The State of Texas
Case No. B-13-00559-CR

I would like to file a pro se petition for discretionary review under Rule 68 Your help with this matter as to how to continue as of this point would be more then wellcomed.

Can the Court of Criminal Appeals send me the proper paper work as to to go about this issue. This letter is to inform Court of Criminal Appeals withen my 30 days deadline. And how to file a Petition for Discretionary Review on my own.

THANK YOU
Xavier Salinas
#1888504
2665 Prison Rd 1
Lovelady TX
75851